# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | May 5, 2025 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Kevin Carlin |

Criminal Action No. **1:25-cv-01120-GPG**     Counsel:

JORGE BONILLA ESPINOZA,     Colleen Mary Cowgill

    Petitioner,

v.

DAWN CEJA,     Zeyen Julian Wu
   *In her official capacity as warden of the Aurora
   Contract Detention Facility*
ROBERT GUADIAN,
   *In his official capacity as Field Office Director,
   Denver, U.S. Immigration and Customs Enforcement*
KRISTI NOEM,
   *In her official capacity as Secretary, U.S. Department
   of Homeland Security*
TODD LYONS,
   *In his official capacity as Acting Director of
   Immigration and Customs Enforcement*
PAMELA BONDI,
   *In her official capacity as Attorney General of the
   United States*

    Respondents.

## COURTROOM MINUTES

**Video Motion Hearing**

**9:01 a.m.     Court in session.**

Appearances of counsel.

Court advises parties that the media is authorized to listen by audio only and will be removed if any witness testifies.

**9:05 a.m.**      Opening Statement by Ms. Cowgill.

**9:06 a.m.**      Opening Statement by Mr. Wu.

Court raises Motion for Temporary Restraining Order [D.2] for argument.

Court has reviewed the following documents prior to the hearing:

- Application for Writ of Habeas Corpus [D. 1], filed April 9, 2025
- Motion for Temporary Restraining Order [D. 2], filed April 9, 2025
- Answer to Complaint [D. 7], filed April 25, 2025
- Reply to Response to Motion [D. 8], filed May 2, 2025

Court raises concerns pertaining to bond hearing, asylum, jurisdiction, and procedural concerns for discussion.

**9:15 a.m.**      Argument in favor of Motion for Temporary Restraining Order by Ms. Cowgill.

**10:12 a.m.**     **Court in recess**
**10:23 a.m.**     **Court is in session**

Court raises concerns to address in response.

**10:26 a.m.**     Response Argument against Motion for Temporary Restraining Order by Mr. Wu.

**11:01 a.m.**     Reply to Respondents Response by Ms. Cowgill.

**11:21 a.m.**     Sur-Reply to Petitioners Reply by Mr. Wu.

**ORDERED:**  that [D.2] Motion for Temporary Restraining Order is TAKEN UNDER ADVISEMENT, and a written order will be issued.

**11:25 a.m.**     **Court is adjourned. Hearing concluded.**

Total time in court: 2 Hour 13  Minutes